GARY M. RESTAINO
United States Attorney
District of Arizona
REBECCA S. GARVEY
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: rebecca.garvey@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 21-01599-SHR-BGM |
| Plaintiff, | **GOVERNMENT'S SENTENCING MEMORANDUM** |
| vs. | |
| Richard Lee Molinar, | |
| Defendant. | |

The United States of America, by and through its undersigned attorneys, hereby files this sentencing memorandum recommending a sentence of 66 months' imprisonment and lifetime supervised release. Sentencing is set for December 8, 2022 at 10:30 AM before Judge Scott H. Rash.

**Presentence Report Calculations**

The presentence report (PSR) identifies a total offense level of 26 and a criminal history category I for the defendant, resulting in a guidelines range of 63 to 78 months. The government disagrees with this range and believes the appropriate range is 108 to 135, due to an enhancement for engaging in a pattern of activity involving sexual abuse or exploitation of a minor under U.S.S.G. §2G2.2(b)(5). The plea agreement agrees to a binding sentence of 37 to 66 months, followed by lifetime Supervised Release.

**Sentencing Factors**

As detailed in the PSR, the defendant has no prior convictions. PSR ¶¶ 29-32.

Offense Conduct

Between March 1, 2020 and the date of the residential search warrant, April 1, 2021, Richard Lee Molinar was responsible for receiving and distributing child pornography via social media. PSR ¶¶ 6-9. Specifically, these were videos and images of children as young as 6 years old engaged in sexual acts such as oral and anal sex and masturbation with other children and adults. PSR ¶ 9. As many as 14 videos along were found on Molinar's smartphone alone. *Id.*

Psychosexual Evaluation

The defendant participated in a psychosexual evaluation on August 18, 2022. Of concern to the government is the defendant's reluctance to admit his negative characteristics. PSR ¶ 46. The government concurs with the evaluator's recommendation of a sex offender treatment program during incarceration and following release into the community. PSR ¶ 49.

Restitution

Although multiple minors were observed in the images found on his computers, none of them were identified. The defendant must pay the $5,000 JVTA assessment along with the $100 special assessment. PSR ¶ 69.

Prior Uncharged Conduct

While the defendant reported being the target of sexual abuse as a child, he also admitted to having his first sexual experience at age 22 with a minor and then repeating this behavior again at age 33. The government believes a 5 level increase to the sentencing guidelines range is appropriate here (U.S.S.G. §2G2.2(b)(5)), resulting in a Total Offense Level of 31. The appropriate guidelines range would then be 108-135. The government did not file an objection to the guidelines calculations because the plea agreement is capped at 66 months.

Acceptance of Responsibility

Although the defendant admitted viewing child pornography, he made statements that indicate he is more concerned for his well-being as a result of his conviction than the effect his behavior has on the victims.

**Recommendation**

It is for all these reasons that the government requests a sentence of 66 months and lifetime supervised release. Such a sentence promotes respect for the law, deters the defendant from committing future crimes, and protects the public.

Respectfully submitted this 28th day of November, 2022.

> GARY M. RESTAINO
> United States Attorney
> District of Arizona
>
> *s/Rebecca S. Garvey*
>
> REBECCA S. GARVEY
> Assistant U.S. Attorney

Copy of the foregoing served electronically or by other means this 28th day of November, 2022, to:

All ECF participants.